IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| THREE DOG BAKERY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-00508-DGK |
| | ) | |
| K2Peach, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING PARTIAL MOTION TO DISMISS

This is a dispute between a franchisor and one of its franchisees. In February 2021, Plaintiff Three Dog Bakery, LLC ("Three Dog Bakery"), entered into a franchise agreement with K2Peach and Megan Pechin Bergseth to establish a bakery specializing in dog treats in Fargo, North Dakota, using Three Dog Bakery's licensed marks, proprietary recipes, and business system. This franchise agreement included a guaranty agreement signed by K2Peach's owners, Megan Pechin Bergseth and Kristen Burbank, by which they agreed to be personally liable for any breaches of the franchise agreement. In October 2024, K2Peach stopped paying royalties to Three Dog Bakery, and on or about May 12, 2025, K2Peach stopped reporting its sales to Three Dog Bakery, both in apparent violation of the franchise agreement. On June 12, 2025, Three Dog Bakery informed Defendants that it was terminating the franchise agreement due to Defendants' failure to report their "Gross Sales, Net Sales, and Royalty Sales" as required by the franchise agreement. The termination became effective June 14, 2025. On July 1, 2025, Three Dog Bakery brought claims for damages against Defendants for breach of contract, violation of the Missouri Uniform Trade Secrets Act, and violation of the Defend Trade Secrets Act. ECF No. 1.

Now before the Court is Defendants' Partial Motion to Dismiss.  ECF No. 8.  Defendants seek to dismiss Counts II and III of the complaint, arguing Plaintiff has failed to state claims for violations of the Missouri Uniform Trade Secrets Act and the Defend Trade Secrets Act.  Plaintiff argues it has pled sufficient facts to state these claims.

More specifically, Defendants argue that Counts II and III should be dismissed because Plaintiff failed to give 90-days' notice of Plaintiff's termination of the franchise agreement, as required by Mo. Rev. Stat. § 407.405.  ECF No. 9 at 5.  Consequently, according to Defendants, the termination was invalid, Defendants maintained their contractual rights to Three Dog Bakery's licensed marks and business system, and therefore cannot have been in violation of either the Missouri Uniform Trade Secrets Act or the Defend Trade Secrets Act.  *Id.* at 6.

Defendants' argument fails.  Mo. Rev. Stat. § 407.410.2 provides that "[a] franchisee suffering damage as a result of the failure to give notice as required of the cancellation or termination of a franchise, may institute legal proceedings . . . against the franchisor who cancelled or terminated his franchise . . . ."  That is, the statute creates a cause of action, not an affirmative defense to defeat Plaintiff's claims at the pleading stage.  Thus, Defendants' motion is DENIED.

**IT IS SO ORDERED.**

Date:  October 7, 2025                                          /s/ Greg Kays
                                                                GREG KAYS, JUDGE
                                                                UNITED STATES DISTRICT COURT